```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  | : | CIVIL ACTION NOS. |
|---|---|---|
| WORTH | : | 02-3884 |
| VASQUEZ | : | 02-3891 |
| STANLEY | : | 02-3899 |
| KRAHL, ET AL | : | 02-3925 |
| HILADO, ET AL | : | 02-3938 |
| GIBSON | : | 02-3958 |
| FULTON | : | 02-3976 |
| VEGA | : | 02-3983 |
|  | : |  |
| vs. | : |  |
|  | : |  |
| BAYER CORPORATION, ET AL | : |  |

# ORDER

**AND NOW**, this 25th day of June, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ] - Order staying these proceedings pending disposition of a related action.

[ ] - Order staying these proceedings pending determination of arbitration proceedings.

[ ] - Interlocutory appeal filed

[x] - Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.

it is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

JOHN R. PADOVA,        J.

Civ. 13 (8/80)

Case 2:02-cv-03899-JP     Document 2     Filed 06/25/2002     Page 2 of 2